**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAVID PLACEK, DP INVESTORS III, and DP SLF II MEMBER, LLC<br><br>Plaintiff,<br><br>-against-<br><br>WILLIAM SHOPOFF, individually, and WILLIAM AND CINDY SHOPOFF, as TRUSTEES FOR THE SHOPOFF REVOCABLE TRUST<br><br>Defendants. | **NOTICE OF REMOVAL (DIVERSITY)**<br><br>Case No. 18-cv-4326<br><br>Removed from New York Supreme Court, New York County, Index No. 651700/2018 |

**TO THE CLERK OF COURT:**

**PLEASE TAKE NOTICE THAT** pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants William Shopoff, individually, and William Shopoff and Cindy Shopoff as Trustees of the Shopoff Revocable Trust (together, "Defendants") hereby remove this civil action from the Supreme Court of the State of New York, New York County (the "State Court"), to the United States District Court for the Southern District of New York, and give notice hereof, upon the following facts, circumstances, and applicable law.

**GROUNDS FOR REMOVAL**

1. This Court has jurisdiction over this action pursuant to 28 U.S. § 1332 because there is complete diversity of citizenship between the parties, and because the amount in controversy exceeds $75,000. This action is being timely removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

2. Plaintiffs David Placek, DP Investors III, LLC ("DP Investors III"), and DP SLF II Member, LLC ("DP SLF II Member") (together, "Plaintiffs") filed a Motion for Summary Judgment in Lieu of Complaint (the "Motion") in the State Court on April 9, 2018. A copy of the Notice of Motion is attached hereto as Exhibit A, and a copy of the Memorandum of Law in support of the Motion ("Memo of Law") is attached hereto as Exhibit B.

**THERE IS COMPLETE DIVERSITY**

**BETWEEN PLAINTIFFS AND DEFENDANTS**

3. Complete diversity exists between all Plaintiffs and Defendants, in that no Plaintiff and no Defendant are citizens of the same State.

4. Plaintiff David Placek is domiciled in the State of New Jersey, and therefore is a citizen of that State.

5. Plaintiff DP SLF II Member is a limited liability company that was formed under the laws of Delaware. . The sole member of DP SLF II Member is Plaintiff David Placek. *See* Affidavit of David Placek In Support of Mot. for Summary Judgment ("Placek Affidavit"), ¶ 19, attached as Exhibit F. Accordingly, Plaintiff DP SLF II Member is a citizen of the State of New Jersey.

6. Plaintiff DP Investors III is a business entity that was formed under the laws of Delaware. The sole member of DP Investors III is Plaintiff David Placek. *See* Placek Affidavit ¶ 7, attached as Exhibit F; Memo. of Law, Ex. B at 3. Accordingly, Plaintiff DP Investors III is a citizen of the State of New Jersey.[1]

7. Defendant William Shopoff, sued individually and as a Trustee of the Shopoff Revocable Trust, is domiciled in the State of California, and is therefore a citizen of that State.

8. Defendant Cindy Shopoff, sued as a Trustee of the Shopoff Revocable Trust, is domiciled in the State of California and is therefore a citizen of that State.

[1] Due to Plaintiffs' inadvertent addition of them to the caption page, entered May 2, 2018, the State Court ordered the removal of two previously-named plaintiffs from the caption: DP SFLI LLC and DP SLFI II LLC. *See* Exhibit E attached hereto. Additionally, Plaintiffs are inconsistent in identifying Plaintiff DP Investors III. The caption page calls that entity "DP Investors III," while the body of the Motion for Summary Judgment and other papers call it "DP Investors III, LLC." Defendants will do the same and refer to that entity with the "LLC" in the body hereof, and without the LLC in the caption.

**THE AMOUNT IN CONTROVERSY EXCEEDS $75,000**

9. This action is a civil action by Plaintiffs to recover at least $1,216,139. *See* Memo of Law, Exhibit B at 2. Accordingly, the amount in controversy well exceeds the jurisdictional amount of $75,000 for removal to this Court.

**THIS NOTICE OF REMOVAL IS TIMELY**

10. This Notice of Removal is timely under 28 U.S.C. § 1446(b).

11. The Motion, Summons, and other papers filed by Plaintiffs were left at the driveway of Defendants' residence in the State of California on April 22, 2018. While this did not constitute effective service, in an abundance caution, Defendants are removing this action before the thirty-day period after such receipt.

12. Moreover, as evidenced in correspondence from Plaintiffs' attorneys to the State Court, Plaintiffs admitted that as of April 16, 2018, "Defendants have not been served with the documents as of the date of this request [for amendment of the caption page]." *See* Exhibit D. This Notice of Removal is also filed within the thirty-day period after April 16, 2018.

**THIS COURT IS THE PROPER FORUM FOR REMOVAL**

13. The Supreme Court of New York, New York County, is located within this federal judicial district, the Southern District of New York.

14. Pursuant to 28 U.S.C. § 1446(a), copies of the pleadings and certain documents filed by Plaintiffs are attached hereto as Exhibit A (Notice of Motion), Exhibit B (Memo of Law in support of Motion), Exhibit C (Summons), Exhibit D (letter from Plaintiffs' attorney to State Court), Exhibit E (Order of the State Court dated May 2, 2018, removing two plaintiffs from caption); and Exhibit F (Affidavit of David Placek In Support of Mot. for Summary Judgment).

15. Pursuant to 28 U.S.C. § 1446(d), Defendants are concurrently filing herewith a copy of the instant Notice of Removal with the Clerk of the Supreme Court of New York, New York County. A copy of the Notice of Filing of Notice of Removal (without exhibits) is attached hereto as Exhibit G.

16. By filing the instant Notice of Removal, Defendants expressly preserve and do not waive any defenses, including but not limited to defective service, lack of personal jurisdiction, improper venue in the County of New York, and forum *non conveniens*.

## CONCLUSION

For the foregoing reasons, this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C § 1332, and this action is properly removed pursuant to 28 U.S.C. §§ 1441 and 1446.

Dated: May 15, 2018

**NAPOLI SHKOLNIK PLLC**

**/S/**

Paul B. Maslo (PM4410)
Andrew J. Dressel (*pro hac vice* pending)

360 Lexington Avenue, 11th Floor
New York, NY 10017
Tel: (212) 397-1000
Fax: (646) 843-7603
PMaslo@NapoliLaw.com
ADressel@NapoliLaw.com

Attorneys for Defendants

Dated: May 15, 2018

**CALLAHAN & BLAINE, APLC**

**/S/**

Jason P. Casero (JC1313)
Edward Susolik (*pro hac vice* pending)

3 Hutton Centre Drive, Suite 900
Santa Ana, California 92707
Tel: (714) 241-4444
Fax: (714) 241-4445
jcasero@callahan-law.com
es@callahan-law.com

Attorneys for Defendants

To: Clerk of Court
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1040
New York, NY 10007

David B. Harrison, Esq.
Spiro Harrison
830 Morris Turnpike
Short Hills, NJ 07078
Tel: (973) 232-0881
Attorneys for Plaintiffs