Name and address:
Matthew J. Fletcher (CA Bar No. 204071)
CONNOR, FLETCHER & HENDENCAMP LLP
2211 Michelson Drive, Suite 1100
Irvine, California 92612

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

DAVID PLACEK, DP INVESTORS III, LLC, and DP SLF II MEMBER LLC

Plaintiff(s)

v.

WILLIAM SHOPOFF, individually and WILLIAM SHOPOFF and CINDY SHOPOFF as Trustees for the Shopoff Revocable Trust

Defendant(s).

CASE NUMBER

18-cv-01734 (DOC)(JDE)

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [41]**

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Sharoky, Meredith A.
*Applicant's Name (Last Name, First Name & Middle Initial)*

973.232.0881
*Telephone Number*

973.232.0887
*Fax Number*

mpaley@spiroharrison.com
*E-Mail Address*

of

Spiro Harrison, LLC
830 Morris Turnpike
Short Hills, NJ 07078
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

DAVID PLACEK, DP INVESTORS III, LLC, and DP SLF II MEMBER LLC

*Name(s) of Party(ies) Represented*

☒ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* ______

**and designating as Local Counsel**

Fletcher, Matthew J.
*Designee's Name (Last Name, First Name & Middle Initial)*

204071
*Designee's Cal. Bar No.*

(949) 622-2600
*Telephone Number*

(949) 622-2626
*Fax Number*

mfletcher@businesslit.com
*E-Mail Address*

of

CONNOR, FLETCHER & HENDENCAMP LLP
2211 Michelson Drive, Suite 1100
Irvine, California 92612
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: ______

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because ______

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☒ be refunded ☐ not be refunded.

**Dated** December 3, 2018

David O. Carter

DAVID O. CARTER, U.S. District Judge